**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Jaime Luevano

Appellate case number:        01-13-00455-CR

Date motion filed:        July 8, 2013

Party filing motion:        Relator, Jaime Luevano


It is ordered that the motion for rehearing is **DENIED**.


Justice's signature:        /s/ Michael Massengale
                                        Acting for the Court

Panel consists of Chief Justice Radack, and Justices Sharp and Massengale


Date:   August 5, 2013